## CITY OF RAYTOWN, Missouri, Plaintiff-Appellant,

v.

## Robert K. LUNDAHL and Eva Virginia Lundahl, Defendants-Respondents.

### No. WD 33321.

Missouri Court of Appeals, Western District.

Dec. 21, 1982.

Roger D. Odneal, Morrison, Baker, Neds & Odneal, Raytown, for plaintiff-appellant.

Roger W. Calton, Kansas City, for defendants-respondents.

Before SOMERVILLE, C.J., CLARK, J., and MOORE, Senior Judge.

### ORDER

PER CURIAM:

Appeal from judgment denying a mandatory injunction.

Judgment affirmed. Rule 84.16(b).